**Electronically Filed**
**Supreme Court**
**SCWC-15-0000865**
**28-NOV-2018**
**08:10 AM**

SCWC-15-0000865

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant,
vs.
MATTHEW SEAN SASAI, Petitioner/Defendant-Appellee,
(CAAP-15-0000865; CASE NO. 1DCW-14-0004628)

AND

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellant/Cross-Appellee,
vs.
BRENT N. TANAKA, Petitioner/Defendant-Appellee/Cross-Appellant.
(CAAP-15-0000866; CASE NO. 1DCW-14-0005843)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000865)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed October 29, 2018, as amended, is further corrected as follows:

On page 36, line 16, the date "October 16, 2015" is replaced with "October 6, 2015."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, November 28, 2018.

/s/ Sabrina S. McKenna

Associate Justice

